ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 12 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIRAM CHRISTIAN, ID # 498523, | ) |
| Petitioner, | ) |
| vs. | ) No. 3:03-CV-1363-K |
| | ) |
| DOUGLAS DRETKE, Director, | ) |
| Texas Department of Criminal | ) |
| Justice, Correctional Institutions Division, | ) |
| Respondent. | ) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SIGNED this 12th day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE
ED KINKEADE